UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TINA M.

        Plaintiff,

    -v-               1:24-CV-571

COMISSIONER OF
SOCIAL SECURITY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                          OF COUNSEL:

HILLER COMERFORD INJURY               ELIZABETH HAUNGS, ESQ.
  & DISABILITY LAW                    JUSTIN M. GOLDSTEIN, ESQ.
Attorneys for Plaintiff
6000 North Bailey Avenue,
Suite 1a
Amherst, NY 14426


SOCIAL SECURITY                       JASON P. PECK, ESQ.
  ADMINISTRATION
Attorneys for Defendant
Office of the General Counsel
6401 Security Boulevard
Baltimore, MD 21235

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On April 26, 2024, plaintiff Tina M.[1] ("plaintiff") filed this civil action pursuant to 42 U.S.C. § 405(g) of the Social Security Act (the "Act") seeking judicial review of a final decision by the Commissioner of Social Security ("Commissioner") denying her application for Supplemental Security Income ("SSI") benefits. Dkt. No. 1. Plaintiff also filed for leave to proceed *in forma pauperis* ("IFP Application"), which was granted. Dkt. No. 3, 7.

Because plaintiff did not consent to the jurisdiction of a United States Magistrate Judge, Dkt. No. 4, the matter was referred to U.S. Magistrate Judge Thérèse Wiley Dancks for a Report & Recommendation ("R&R"). Dkt. No. 5.

On July 26, 2024, the Commissioner filed a certified copy of the Administrative Record, Dkt. No. 8, and the parties proceeded to brief the matter in accordance with General Order 18, which provides that a district court appeal from the Commissioner's administrative denial of benefits be treated as if the parties have filed cross-motions for judgment on the pleadings, Dkt. Nos. 5, 11, 17, 18.

On September 2, 2025, Judge Dancks advised by R&R that the plaintiff's motion be granted, that the Commissioner's motion be denied, and that the

---

[1] In accordance with a May 1, 2018 memorandum issued by the Judicial Conference's Committee on Court Administration and Case Management and adopted as local practice in this District, only claimant's first name and last initial will be mentioned in this opinion.

Commissioner's determination be reversed and remanded. Dkt. No. 19. Neither party has not lodged an objection, and the time to do so has passed. *See id.*

Upon review for clear error, Judge Dancks's R&R will be adopted in all respects. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation is ACCEPTED;

2. Plaintiff's motion is GRANTED;

3. The Commissioner's motion is DENIED;

4. The Commissioner's final decision is VACATED; and

5. This matter is REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

IT IS SO ORDERED.

David N. Hurd
U.S. District Judge

Dated: September 25, 2025
    Utica, New York.